# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
18 JAN 10 AM [illegible]

| UNITED STATES OF AMERICA, | CASE NO. 16CR2865-DMS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| IRENE GUADALUPE GUERRERO-LUNA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information: __21 USC 952 and 960__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 10, 2018

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE